UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEDRO HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

SUB ENTERPRISES INC and JOEL REICH,

Defendants.

Case No.: 21-cv-01874 (RER)

**JUDGMENT**

WHEREAS, Defendant SUB ENTERPRISES INC served Plaintiff with an offer of judgment for $70,000 on October 26, 2021; and

WHEREAS, Plaintiff filed an acceptance of offer of judgment on October 26, 2021, pursuant to Rule 68 of the Federal Rules of Civil Procedure; and

WHEREAS, Plaintiff has sought the dismissal of all claims against Defendant Joel Reich; and

WHEREAS, the parties have consented to my jurisdiction pursuant to 28 U.S.C. § 636(c); it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff PEDRO HERNANDEZ against Defendant SUB ENTERPRISES INC in the amount of $70,000, inclusive of all attorneys' fees and costs, and is not to be taken as an admission of liability or wrongdoing on the part of any Defendant, and all claims against Defendants are otherwise hereby dismissed with prejudice.

Dated: October 29, 2021
      Brooklyn, NY

SO ORDERED

/s/  Ramon E. Reyes, Jr.
Hon. Ramon R. Reyes, Jr.
United States Magistrate Judge